IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LORENZO JAMES IVEY, | CASE NO. 7:12CV00588 |
| Petitioner, | |
| v. | FINAL ORDER |
| DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, | By: James C. Turk<br>Senior United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as successive, all pending motions are **DISMISSED** as moot, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 3rd day of December, 2012.

/s/ James C. Turk
Senior United States District Judge